UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DEVON BRIGGS,

    Plaintiff,

Case No.: 1:13-cv-1280

v.

HONORABLE PAUL L. MALONEY

TY BLAKE, et a;.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 31). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's request for injunctive relief is **DISMISSED AS MOOT** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's conspiracy claims against all defendants is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 19)

is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and Recommendation. The motion is **GRANTED** as to defendants Blake, Helton and Smyth and plaintiff's claims against these defendants are **DISMISSED**. The motion is **DENIED** as to defendants Plichta, Wilks and Kennedy.


Dated:  November 13, 2015                     /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge