UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DEVON BRIGGS,

      Petitioner,

                                      Case No.: 1:13-cv-1280

v.

                                      HONORABLE PAUL L. MALONEY

JAMES PLICHTA et al.,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 83). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for a temporary restraining order (ECF No. 73) is DENIED.

**IT IS FURTHER ORDERED** that plaintiff's substantive due process claims are DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that plaintiff's claims for injunctive relief against defendants are DISMISSED as moot.

Dated: September 6, 2016                           /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                            United States District Judge