UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kevin Devon Briggs,

    Plaintiff,

v.

Case No.: 1:13-cv-1280

HONORABLE PAUL L. MALONEY

James Plichta et al.,

    Defendants.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 95). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 85) is GRANTED.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction of Plaintiff's purported state law claims.

**This action is terminated**.

Dated: September 11, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge