UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DEVON BRIGGS,

        Plaintiff,

                                Case No. 1:13-cv-1280

v.

                                HONORABLE PAUL L. MALONEY

JAMES PLICHTA, et al.,

        Defendants.

_____/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of Defendants and against the Plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:   September 11, 2017                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District